IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JERMICHAEL CARROLL,

    Plaintiff,

v.

SERGEANT CHAPMAN,
SERGEANT ROYCE, LINDSY WALKER,
JAMIE GOHDE, KATHY WHALEN,
ISAAC HART, MELISSA THORNE,
TRISHA ANDERSON and SGT. JUDD,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-137-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 6/21/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |